# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONTAE McMILLION** | **CIVIL ACTION NO. 2:14-CV-01802** |
| | **SECTION:  I (3)** |
| **VERSUS** | **JUDGE AFRICK** |
| **ARIES MARINE CORPORATION** | **MAGISTRATE JUDGE KNOWLES** |

## ORDER FOR DISMISSAL

CONSIDERING the foregoing Joint Motion for Dismissal submitted and executed by all parties to this action, through their counsel, suggesting to the Court that all issues in the above entitled and numbered suit by **DONTAE McMILLION** have been compromised and that this suit should be dismissed with full prejudice as to defendant, **ARIES MARINE CORPORATION.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered suit by **DONTAE McMILLION** be and it is dismissed with full prejudice as to defendant, **ARIES MARINE CORPORATION.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff and defendant will bear their own court costs.

New Orleans, Louisiana, this __6th__ day of _____January_____, 2015.

_____
United States Magistrate Judge

3368227.1